# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JAMAL JONES,        )<br>                              )<br>       Plaintiff,             )<br>                              )<br> v.                           )<br>                              )<br>EARLY WARNING SERVICES, LLC,  )<br>CHEX SYSTEMS, INC. and BANK OF)<br>AMERICA, N.A.,                )<br>                              )<br>       Defendants.            )<br>                              ) | Civil Action No. |

## COMPLAINT

## PRELIMINARY STATEMENT

This is an action for damages brought by an individual consumer, William Jamal Jones, against Defendants Early Warning Services, LLC ("EWS"), Chex Systems, Inc. ("Chex Systems"), and Bank of America, N.A. ("Bank of America"), for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681, *et seq.*

## THE PARTIES

1. Plaintiff William Jamal Jones is an adult individual residing in Los Angeles, California.

2. EWS is a Delaware limited liability company and a national consumer reporting agency registered to conduct business in the Commonwealth of Pennsylvania and has a principal place of business located at 5801 N. Pima Rd., Scottsdale, AZ 85250.

3. Chex Systems is a Minnesota corporation and a national consumer reporting agency that regular conducts business in the Commonwealth of Pennsylvania and has a principal place of business located at 7805 Hudson Road, Suite 100, Woodbury, MN 55125.

4. Bank of America is a national bank that is registered to conduct business in the Commonwealth of Pennsylvania and has a principal place of business located at 100 North Tryon Street, Charlotte, NC 28255.

## JURISDICTION & VENUE

5. This Court possesses federal question jurisdiction pursuant to 28 U.S.C. §1331 as this matter is an action arising under the laws of the United States

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1) & (2) because one or more Defendants possess sufficient contacts with the Eastern District of Pennsylvania to be deemed to reside in this District.

## FACTUAL ALLEGATIONS

7. Mr. Jones is a "consumer" as that term is defined by the FCRA. 15 U.S.C. §1681a(c).

8. EWS and Chex Systems are each a "consumer reporting agency" as that term is defined by the FCRA.  15 U.S.C. §1681a(f).

9. Bank of America is a "furnisher" as that term is defined by the FCRA.  15 U.S.C. §1681s-2(b).

10. EWS and Chex Systems have been and continues to sell reports about Mr. Jones.

11. The reports sold by EWS and Chex Systems are "consumer reports" as that term is defined by the FCRA. 15 U.S.C. §1681a(d)(1).

12. Specifically, EWS and Chex Systems assemble consumer reports that contain information about consumers' checking and saving accounts history and usage which they sell to their customers for the purposes of evaluating consumer's eligibility to open a bank account.

13. Defendants have been reporting derogatory and inaccurate statements and information relating to Mr. Jones and Mr. Jones' banking history to third parties (the "Inaccurate Information").

14. The Inaccurate Information includes, but is not limited to, reporting of a Bank of America checking account with a false and misleading manner by stating that Mr. Jones committed "checking account fraud" and/or "suspected fraud activity" and reporting the status of the account as unpaid after Mr. Jones paid the balanced owed.

15. The Inaccurate Information negatively reflects upon Mr. Jones, his bank account usage history and his financial responsibility.

16. Mr. Jones has been disputing the Inaccurate Information with EWS, Chex Systems and Bank of America by following their established procedures for disputing consumer information.

17. Mr. Jones has been disputing the Inaccurate Information with Defendants from at least September 2025 through the present.

18. EWS and Chex Systems, however, have sent Mr. Jones correspondence indicating their intent to continue furnishing the Inaccurate Information and continued to furnish and disseminate this Inaccurate Information to other third parties, persons, entities and credit grantors.

19. EWS and Chex Systems thereafter repeatedly furnished and disseminated consumer reports to third parties from at least September 2025 through the present.

20. EWS and Chex Systems negligently and recklessly failed to conduct reasonable investigations of Mr. Jones' dispute, *inter alia*, by: failing to conduct any investigation into the Inaccurate Information at all; failing to review and consider the information submitted by Mr. Jones; failing to contact Mr. Jones to elicit more specific information about his dispute; failing to obtain and review records related to the Inaccurate Information; failing to contact persons or entities affiliated with the records to verify their accuracy; and failing to properly communicate the substance of the dispute to the relevant furnisher of the account at issue.

21. EWS and Chex Systems also acted recklessly, *inter alia,* by routinely conducting investigations in the manner described above, and further, knew or should have known that the way they investigate disputes would result in erroneous verification of false, inaccurate, incomplete and misleading account information similar or identical to the result of Mr. Jones' dispute.

22. Bank of America has also negligently and recklessly failed to conduct timely and reasonable investigations after receiving notice of Mr. Jones' dispute from EWS, *inter alia*, by failing to conduct any investigation into the Inaccurate Information at all; failing to properly review the relevant account information; failing to review and consider information submitted by Mr. Jones; failing to contact Mr. Jones to elicit more specific information about his dispute; failing to contact persons or entities affected by the offending transaction(s) to verify their accuracy; and/or failing report the account as disputed.

23. Bank of America also acted recklessly, *inter alia*, by routinely conducting investigations in the manner described above, and further, knew or should have known that the way it investigates disputes would result in erroneous verification of false, inaccurate, incomplete and misleading account information similar or identical to the result of Mr. Jones' dispute.

4

24. As a result of Defendants' conduct, Mr. Jones has suffered actual damages in the form bank account denial, defamation and emotional distress, including anxiety, frustration, embarrassment and humiliation.

25. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

## COUNT I – EWS AND CHEX SYSTEMS
## VIOLATIONS OF THE FCRA

26. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

27. EWS and Chex Systems violated the FCRA by negligently and willfully failing to follow reasonable procedures to assure maximum possible accuracy when preparing consumer reports about Plaintiff as described above. 15 U.S.C. § 1681e(b).

28. EWS and Chex Systems also violated the FCRA by negligently and willfully failing to conduct reasonable investigations of Plaintiff's disputes as described above. 15 U.S.C. §1681i(a).

29. The conduct of EWS and Chex Systems was a direct and proximate cause and/or substantial factor in causing the injuries to Plaintiff as described above.

30. As a result of the violations of the FCRA by EWS and Chex Systems identified herein, these Defendants are liable to Plaintiff for damages to include: statutory damages, actual damages, punitive damages, costs of this action and attorney's fees. 15 U.S.C. §§1681n & 1681o.

## COUNT II – BANK OF AMERICA
## VIOLATIONS OF THE FCRA

31. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

32. Bank of America violated sections 1681n and 1681o of the FCRA by willfully and negligently failing to comply with the requirements imposed on furnishers of information pursuant to 15 U.S.C. § 1681s-2(b).

33. The conduct of Bank of America was a direct and proximate cause and/or substantial factor in causing the injuries to Plaintiff as described above.

34. As a result of the violations of the FCRA by Bank of America identified herein, this Defendant is liable to Plaintiff for damages to include: statutory damages, actual damages, punitive damages, costs of this action and attorney's fees.  15 U.S.C. §§1681n & 1681o.

## JURY TRIAL DEMAND

35. Plaintiff demands trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendants, based on the following requested relief:

(a)   Actual damages;

(b)   Statutory damages;

(c)   Punitive damages;

(d)   Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n, 1681o; and

(e)   Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

**GORSKI LAW, PLLC**

GREGORY GORSKI
PA Attorney ID: 91365
610 Old York Road, Suite 400
Jenkintown, PA 19046
Tel: 215-330-2100
Email: greg@greggorskilaw.com

Attorneys for Plaintiff

Dated: January 16, 2026